No. 925. GERMAN - AMERICAN VOCATIONAL LEAGUE, INC. v. UNITED STATES;

No. 926. D. A. B. RECREATIONAL RESORT, INC. v. UNITED STATES;

No. 927. SCHROEDER v. UNITED STATES;

No. 928. BERTRAM *v.* UNITED STATES;

No. 929. GIBBE *v.* UNITED STATES;

No. 930. BREMER *v.* UNITED STATES;

No. 931. KOEHN *v.* UNITED STATES;

No. 932. LIEBLEIN *v.* UNITED STATES; and

No. 933. SCHMIDT *v.* UNITED STATES. April 29, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Frederic M. P. Pearse* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.